*Page 1 of 2*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**WILLIE V. CRUZ,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　**CASE NO.  3:20cv5271-MCR-MJF**

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    **Respondent.**
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 5, 2020.  ECF No. 11.  The parties were provided a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto timely filed, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 6) is **GRANTED**.

3. The petition for writ of habeas corpus (Doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Willie V. Cruz*, Santa Rosa County Circuit Court Case No. 2015-CF-447, is **DISMISSED WITH PREJUDICE** as time barred.

4. A certificate of appealability is **DENIED**.

5. The clerk is directed to close this case file.

**DONE AND ORDERED** this 9th day of November 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**